Andrea Silverman, PC
150 River Road, Unit O2B
Montville, NJ 07045
Bar ID 018642004
(973) 794-3960
(973) 794-3962 (fax)
Attorney for Debtor(s)

|  |  |
|---|---|
| In Re.<br>Herbert L. Jones<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No.: 18-24286/JKS<br><br>Chapter 13<br><br>APPLICATION FOR THIRTY (30) DAY EXTENSION TO FILE CHAPTER 13 SCHEDULES AND PLAN |

_____

Herbert L. Jones hereby states:

1. I am the Debtors in the instant proceeding.

2. On July 17, 2018, I filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code (Case No. 18-24286/JKS).

3. The deadline to file the missing schedules and Plan is July 31, 2018.

4. The property that my sister and I recently inherited from our mother was about to be sold at a sheriff sale. We were working with the bank to try and assume the loan when the sale was scheduled and we did not expect a sale to occur while we were working with the bank to save our family home. As a result, I did not have time to gather the necessary information prior to filing.

WHEREFORE, applicant prays that the time for filing Chapter 13 schedules and plan be extended thirty (30) days, and that the Debtor have such other and further relief that is just.

Dated: July 30, 2018                                                                 */s/ Herbert L. Jones*
                                                                                                    Herbert L. Jones, Debtor