Fill in this information to identify your case:

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Herbert L Jones** | | |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number 18-24286
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | | | Value of what you own |
|---|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................... | $ | 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................ | $ | 8,350.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................ | $ | 8,350.00 |

## Part 2: Summarize Your Liabilities

| | | | Amount you owe |
|---|---|---|---|
| | | | Your liabilities |
| 2. | **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 106D) | | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of Schedule D... | $ | 128,495.45 |
| 3. | **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 106E/F) | | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................ | $ | 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.............. | $ | 1,225.00 |
| | | | |
| | **Your total liabilities** | $ | 129,720.45 |

## Part 3: Summarize Your Income and Expenses

| | | | |
|---|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | | |
| | Copy your combined monthly income from line 12 of Schedule I............................................... | $ | 2,607.36 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | | |
| | Copy your monthly expenses from line 22c of Schedule J.......................................................... | $ | 2,488.67 |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this form and submit this form to the court with your other schedules.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Herbert L Jones**     Case number *(if known)* **18-24286**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 1122A-1 Line 11; OR, Form 1122B Line 11; OR, Form 1122C-1 Line 14.    $ __3,287.36__

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case and this filing:

| Debtor 1 | Herbert L Jones | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number  18-24286

☐ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| | | | |
|---|---|---|---|
| 1.1 | | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | **191 Dewey Street** | ☐ Single-family home | |
| | Street address, if available, or other description | ☑ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | |
| | | ☐ Manufactured or mobile home | |
| | | ☐ Land | Current value of the entire property? | Current value of the portion you own? |
| | | ☐ Investment property | **Unknown** | **Unknown** |
| | **Newark**    **NJ**    **07112-0000** | ☐ Timeshare | | |
| | City            State      ZIP Code | ☑ Other    Debtor is heir to home | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | | **Who has an interest in the property?** Check one | |
| | | ☑ Debtor 1 only | **Fee simple** |
| | **Essex** | ☐ Debtor 2 only | |
| | County | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | | ☐ At least one of the debtors and another | |
| | | Other information you wish to add about this item, such as local property identification number: | |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................==>    $0.00

Debtor 1 **Herbert L Jones**                                    Case number (if known)  **18-24286**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| 3.1 | Make: **Buick** | ☑ Debtor 1 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Model: **Park Avenue** | ☐ Debtor 2 only | | | |
| | Year: **2001** | ☐ Debtor 1 and Debtor 2 only | Approximate mileage: **176K** | | |
| | Other information: | ☐ At least one of the debtors and another | | **$1,000.00** | **$1,000.00** |
| | Location: **191 Dewey Street, Newark NJ 07112** | ☐ Check if this is community property (see instructions) | | | |

| | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| 3.2 | Make: **Chevy** | ☑ Debtor 1 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Model: **Colorado** | ☐ Debtor 2 only | | | |
| | Year: **2018** | ☐ Debtor 1 and Debtor 2 only | Approximate mileage: **17K** | | |
| | Other information: | ☐ At least one of the debtors and another | | **Unknown** | **Unknown** |
| | Location: **191 Dewey Street, Newark NJ 07112** | ☐ Check if this is community property (see instructions) | | | |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................... =>      **$1,000.00**

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?          **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| 7 rooms of furnishings, avg age 10+ , no one item valued at more than $575.00, | **$2,500.00** |
|---|---|

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.....

| 2 tv's , ipad, play station 4, cd's , | **$750.00** |
|---|---|

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe......

| Fishing Rods, | $100.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe......

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe......

| clothing and personal effects | $250.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe......

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe......

| Dog | $10.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information......

| 2 bbque, tables, chairs, junk, misc. hand tool, power tools, 2 electric wheelchairs, | $250.00 |
|---|---|

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................    | $4,360.00 |

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................

| Cash | $50.00 |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...................
Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Wells Fargo<br>Newark, NJ | $400.00 |
| 17.2. | Savings | Wells Fargo<br>Newark, NJ | $450.00 |
| 17.3. | Credit union | PSEG Credit Union | $890.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...................
Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.................
Name of entity:                                     % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.
Type of account:

| | | | |
|---|---|---|---|
| 401K | 401K Through Employer<br>Not property of the estate | Unknown |

Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...................
Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...................
Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...................
Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information about them....

| | |
|---|---|
| NJ Fishing License<br>Not transferable | Unknown |

**Money or property owed to you?**

| | Current value of the<br>portion you own?<br>Do not deduct secured<br>claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2017 Taxes | Federal | $1,200.00 |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information........

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit; homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund<br>value: |
|---|---|---|
| Term insurance through employer<br>No cash or surrender value | | Unknown |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.......

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.** .........................................................    $2,990.00

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..........................................    $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .................................................................    $0.00
56. Part 2: Total vehicles, line 5    $1,000.00
57. Part 3: Total personal and household items, line 15    $4,360.00
58. Part 4: Total financial assets, line 36    $2,990.00
59. Part 5: Total business-related property, line 45    $0.00
60. Part 6: Total farm- and fishing-related property, line 52    $0.00
61. Part 7: Total other property not listed, line 54    $0.00   +

62. **Total personal property. Add lines 56 through 61....**    $8,350.00     Copy personal property total →   $8,350.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $8,350.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# Official Form 106C

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Herbert L Jones** | | |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number **18-24286**
(if known)

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** Check one only, even if your spouse is filing with you.

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **191 Dewey Street Newark, NJ 07112** Essex County Line from Schedule A/B: 1.1 | Unknown | ☑ $23,675.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2001 Buick Park Avenue 176K miles** Location: 191 Dewey Street, Newark NJ 07112 Line from Schedule A/B: 3.1 | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **7 rooms of furnishings, avg age 10+ ,** no one item valued at more than $575.00. Line from Schedule A/B: 6.1 | $2,500.00 | ☑ $2,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **2 tv's, ipad, play station 4, cd's ,** Line from Schedule A/B: 7.1 | $750.00 | ☑ $750.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Various Coins** Line from Schedule A/B: 8.1 | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Fishing Rods,** Line from Schedule A/B: 9.1 | $100.00 | ☑ $100.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **clothing and personal effects** Line from Schedule A/B: 11.1 | $250.00 | ☑ $250.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Dog** Line from Schedule A/B: 13.1 | $10.00 | ☑ $10.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **2 bbque, tables, chairs, junk, misc. hand tool, power tools, 2 electric wheelchairs,** Line from Schedule A/B: 14.1 | $250.00 | ☑ $250.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash** Line from Schedule A/B: 16.1 | $50.00 | ☑ $50.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Wells Fargo** **Newark, NJ** Line from Schedule A/B: 17.1 | $400.00 | ☑ $400.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings: Wells Fargo** **Newark, NJ** Line from Schedule A/B: 17.2 | $450.00 | ☑ $450.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Credit union: PSEG Credit Union** Line from Schedule A/B: 17.3 | $890.00 | ☑ $890.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **401K: 401k Through Employer** **Not property of the estate** Line from Schedule A/B: 21.1 | Unknown | ☑ $0.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Federal: 2017 Taxes** Line from Schedule A/B: 28.1 | $1,200.00 | ☑ $1,200.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Term insurance through employer** **No cash or surrender value** Line from Schedule A/B: 31.1 | Unknown | ☑ $0.00 | ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor 1 | **Herbert L Jones** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number **18-24286**
(if known)

☐ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|
| **2.1** | **PS Plaza Federal Credit Union** | $0.00 | Unknown | Unknown |
| | Creditor's Name | | | |
| | 80 Park Plaza | | | |
| | Newark, NJ 07102 | | | |
| | Number, Street, City, State & Zip Code | | | |
| | **Who owes the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply. | | |
| | ☑ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☑ Disputed | | |
| | ☐ At least one of the debtors and another | **Nature of lien.** Check all that apply. | | |
| | ☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan) | | |
| | | ☐ Statutory lien (such as tax lien, mechanic's lien) | | |
| | **Date debt was incurred** | ☐ Judgment lien from a lawsuit | | |
| | **Last 4 digits of account number** | ☑ Other (including a right to offset) **Car Finance** | | |

Describe the property that secures the claim: 2018 Chevy Colorado 17K miles Location: 191 Dewey Street, Newark NJ 07112

| | | | | |
|---|---|---|---|---|
| **2.2** | **Selene Financial, LP** | $128,495.45 | Unknown | Unknown |
| | Creditor's Name | | | |
| | 9990 Richmond Ave, Ste 400S | | | |
| | Houston, TX 77042 | | | |
| | Number, Street, City, State & Zip Code | | | |
| | **Who owes the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply. | | |
| | ☐ Debtor 1 only | ☐ Contingent | | |
| | ☑ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | **Nature of lien.** Check all that apply. | | |
| | ☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan) | | |
| | | ☐ Statutory lien (such as tax lien, mechanic's lien) | | |
| | **Date debt was incurred** | ☐ Judgment lien from a lawsuit | | |
| | **Last 4 digits of account number** | ☑ Other (including a right to offset) **First Mortgage** | | |

Describe the property that secures the claim: 191 Dewey Street Newark, NJ 07112 Essex County

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1 **Herbert L Jones**
First Name | Middle Name | Last Name

Case number (if know) **18-24286**

| | | $128,495.45 |
| | | $128,495.45 |

Add the dollar value of your entries in Column A on this page. Write that number here:

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Ras Citron, LLC**
**130 Clinton Road, Ste 202**
**Fairfield, NJ 07004**

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number: __ __ __ __

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Herbert L Jones** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number **18-24286**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.1 | Simons Agency, Inc. | Last 4 digits of account number | 0284 | | Total claim | |
|---|---|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | | | $62.00 |
| | Attn: Bankruptcy | When was the debt incurred? | Opened 08/17 | | | |
| | **4963 Wintersweet Dr.** | | | | | |
| | **Liverpool, NY 13088** | | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | | |
| | ☑ Debtor 1 only | ☐ Unliquidated | | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** | | | | |
| | ☐ At least one of the debtors and another | ☐ Student loans | | | | |
| | ☐ Check if this claim is for a community debt | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | | | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | | | | |
| | ☑ No | ☑ Other. Specify: **Collection Attorney Summit Radiological** | | | | |
| | ☐ Yes | | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 4.2 | Simons Agency, Inc. | Last 4 digits of account number   0283 | | $7.00 |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name
Attn: Bankruptcy
4963 Wintersweet Dr.
Liverpool, NY 13088
Number Street City State Zip Code

**When was the debt incurred?**   Opened 08/17

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Collection Attorney Summit Radiological

---

| 4.3 | Wells Fargo Bank | Last 4 digits of account number   5667 | | $1,156.00 |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept
Po Box 4429
Greenville, SC 29606
Number Street City State Zip Code

**When was the debt incurred?**   Opened 07/16 Last Active 6/20/18

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,225.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Herbert L Jones**      Case number (if know)   **18-24286**

6j.   **Total Nonpriority.** Add lines 6f through 6i.     6j.   $   1,225.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Herbert L. Jones** | | |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number 18-24286
(if known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Property* (Official Form 106 A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.2** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.3** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.4** Name<br>Number   Street<br>City   State   ZIP Code | |
| **2.5** Name<br>Number   Street<br>City   State   ZIP Code | |

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Herbert L Jones** | | |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)    18-24286

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors
12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No. Go to line 3.
☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1*: **Your codebtor** | *Column 2*: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

**3.1**

Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Herbert L Jones** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 18-24286 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____ MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). **Answer every question.**

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | PSEG | |
| **Employer's name** | PSEG | |
| **Employer's address** | 80 Park Plaza<br>Newark, NJ 07102 | |
| **How long employed there?** | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,287.36 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 3,287.36 | $ N/A |

| Debtor 1 | Herbert L. Jones | Case number (if known) | 18-24286 |

| | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| Copy line 4 here ............................................................. 4. | $ 3,287.36 | $ N/A |

5. **List all payroll deductions:**

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | $ 680.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | $ 0.00 | $ N/A |
| 5e. | **Insurance** | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | $ 0.00 | $ N/A |
| 5g. | **Union dues** | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. | $ 680.00 | $ N/A |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. | $ 2,607.36 | $ N/A |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. | $ 0.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9.    10. | $ 2,607.36 | + | $ N/A | = | $ 2,607.36 |

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____    11. +$    0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12. | $ 2,607.36 | **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain:

| | |
|---|---|
| Debtor 1 | **Herbert L Jones** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | 18-24286 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   ☑ No

   ☐ Yes. Fill out this information for each dependent..........

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | $ 943.67 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | $ 75.00 |
| 4d. | Homeowner's association or condominium dues | $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | $ 0.00 |

| 6. | Utilities: | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | $ | 180.00 |
| 6b. | Water, sewer, garbage collection | $ | 40.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | $ | 225.00 |
| 6d. | Other. Specify: | $ | 0.00 |
| 7. | Food and housekeeping supplies | $ | 500.00 |
| 8. | Childcare and children's education costs | $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | $ | 65.00 |
| 10. | Personal care products and services | $ | 50.00 |
| 11. | Medical and dental expenses | $ | 50.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | $ | 150.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | $ | 0.00 |
| 14. | Charitable contributions and religious donations | $ | 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | $ | 0.00 |
| 15b. | Health insurance | $ | 0.00 |
| 15c. | Vehicle insurance | $ | 210.00 |
| 15d. | Other insurance. Specify: | $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | $ | 0.00 |
| 17. | Installment or lease payments: | | |
| 17a. | Car payments for Vehicle 1 | $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | $ | 0.00 |
| 17c. | Other. Specify: | $ | 0.00 |
| 17d. | Other. Specify: | $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. | Mortgages on other property | $ | 0.00 |
| 20b. | Real estate taxes | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | $ | 0.00 |
| 21. | Other. Specify: | $ +$ | 0.00 |

| 22. | Calculate your monthly expenses | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | $ | 2,488.67 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,488.67 |

| 23. | Calculate your monthly net income. | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | $ | 2,607.36 |
| 23b. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | -$ | 2,488.67 |
| 23c. | Subtract your monthly expenses from line 22c above. | $ | 118.69 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here: _____

| Debtor 1 | **Herbert L Jones** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number    **18-24286**
(if known)

☐ Check if this is an amended filing

# Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Herbert L Jones**                                    X _____
Signature of Debtor 1                                         Signature of Debtor 2
**Herbert L Jones**

Date **August 28, 2018**                                     Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy